## James M. BROWN

v.

## SUPERIOR COURT.

No. 82–545–M.P.

Supreme Court of Rhode Island.

March 17, 1983.

James M. Brown, pro se.

Dennis J. Roberts II, Atty. Gen., for respondent.

## ORDER

The petition for writ of mandamus is denied, without prejudice, however, to petitioner's pursuing his appeals from the Superior Court judgments which he challenges herein.

## Larry GRAHAM

v.

## COMMERCIAL UNION ASSURANCE COMPANIES.

No. 83–60–M.P.

Supreme Court of Rhode Island.

March 17, 1983.

Thomas A. Tarro III, Providence, for petitioner.

John T. Walsh, Jr., Providence, for respondent.

## ORDER

The petition for writ of certiorari is denied.

## Gordon KILDAY et al.

v.

## INDUSTRIAL NATIONAL BANK.

No. 82–446–A.

Supreme Court of Rhode Island.

March 17, 1983.

Delphis R. Jones, North Kingstown, for plaintiff.

John H. Blish, Providence, for defendant.

## ORDER

The defendant's motion to dismiss plaintiffs' appeal is hereby granted.